IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL BANKS, ET AL.                                                                          PLAINTIFFS

vs.                                          NO. 5:08CV00152 BSM

BUNGE NORTH AMERICA, ET AL.                                                   DEFENDANTS


GARY ALEXANDER, ET AL.                                                               PLAINTIFFS

vs.                                          NO. 5:08CV00179BSM

BUNGE NORTH AMERICA, ET AL.                                                   DEFENDANTS

## **ORDER**

By order dated October 7, 2008, the court entered an order consolidating this case with 5:08CV179 WRW for all pretrial matters, and transferring 5:08CV179 to this court's docket. As 5:08CV00152 is older it has been designated the lead case. In light of the consolidation, the court will issue new scheduling orders. All pretrial matters are to be filed in the lead case.

.        IT IS SO ORDERED this 15th day of October, 2008.


_____
UNITED STATES DISTRICT JUDGE