IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL BANKS, ET AL.                                                                             PLAINTIFFS

vs.                               NO. 5:08CV00152 BSM

BUNGE NORTH AMERICA, ET AL.                                                         DEFENDANTS

## ORDER

On motion of plaintiffs, and without objection, the case is hereby dismissed without prejudice.

.       IT IS SO ORDERED this 21st day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE